# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DOE, | ) | 1:08at0035 |
| | ) | |
| Plaintiff, | ) | ORDER TO ALLOWING COMPLAINT TO BE FILED UNDER FICTITIOUS NAME |
| v. | ) | |
| KAWEAH DELTA HOSPITAL, et.al, | ) | |
| Defendants. | ) | |

Upon consideration of the petition of the fictitiously named John Doe and the declaration in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED that petitioner may file his complaint with a fictitious name. The declaration filed by petitioner shall include the actual names of the parties involved, but shall be filed under seal with a fictitious name used on the caption page of the declaration. The declaration filed in support of the petition shall remain under seal.

IT IS SO ORDERED.

Dated:   **January 23, 2008**               /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1