UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| John Doe,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Kaweah Delta Hospital, Kaweah Delta Health Care District, Julie Breseman individually and as a social worker with Kaweah Delta and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:08-cv-00118-AWI-DLB<br><br>**ORDER GRANTING AGREED MOTION TO MODIFY SCHEDULING ORDER** |

　　Upon consideration of Agreed Motion to Modify Scheduling Order, and good cause appearing therefor,

　　IT IS HEREBY ORDERED that the Motion is GRANTED.

　　It is further ordered that the Scheduling Order entered on August 15, 2008 (Docket No. 23), is modified as set forth below. Current dates are provided for context. All other dates on the Scheduling Order shall remain the same.

　　//

　　//

　　//

1

| Event | Current Date | Modified Date |
|---|---|---|
| Fact Discovery Cut-off | March 20, 2009 | April 13, 2009 |
| Disclosure of Experts | February 13, 2009 | March 30, 2009 |
| Disclosure of Supplemental Experts | March 6, 2009 | April 20, 2009 |
| Expert Discovery Cut-off | April 15, 2009 | May 8, 2009 |
| Non-Dispositive Motions | Filing: April 14, 2009<br>Hearing: May 8, 2009 | Filing: May 7, 2009<br>Hearing: June 1, 2009 |
| Dispositive Motions | Filing: May 1, 2009<br>Hearing: June 1, 2009 | Filing: May 26, 2009<br>Hearing: June 24, 2009 |

Dated:  13 February 2009              /s/ Dennis L. Beck
                                      Honorable Dennis L. Beck