UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| John Doe,<br><br>           Plaintiff,<br><br>    v.<br><br>Kaweah Delta Hospital, Kaweah Delta Health Care District, Julie Breseman individually and as a social worker with Kaweah Delta and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No. 1:08-cv-00118-AWI-DLB<br><br>**ORDER GRANTING SECOND AGREED MOTION TO MODIFY SCHEDULING ORDER** |

Upon consideration of Second Agreed Motion to Modify Scheduling Order, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is GRANTED.

It is further ordered that the Order Granting Agreed Motion to Modify Scheduling Order (Docket No. 27), is modified as set forth below. Current dates are provided for context. All other dates on the Scheduling Order shall remain the same.

//

//

//

1

sf-2660276

| Event | Current Date | Modified Date |
|---|---|---|
| Disclosure of Experts | March 30, 2009 | May 15, 2009 |
| Disclosure of Supplemental Experts | April 20, 2009 | June 1, 2009 |
| Expert Discovery Cut-off | May 8, 2009 | June 15, 2009 |

Dated: 30 March 2009

/s/ *Dennis L. Beck*
Honorable Dennis L. Beck

sf-2660276

2