ARTURO J. GONZÁLEZ (CA SBN 121490)
MINN CHUNG (CA SBN 236261)
MATHEW DOS SANTOS (CA SBN 245423)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
JOHN DOE

JEFFERY S. NELSON, #66970
NELSON & ROZIER
ATTORNEYS AT LAW
3924 W. Caldwell, Suite A
Visalia, CA 93277-9249
Telephone: (559) 713-0159
Facsimile: (559) 713-0166

Attorneys for Defendant
KAWEAH DELTA HEALTHCARE DISTRICT
(of which KAWEAH DELTA DISTRICT
HOSPITAL is a division)

CAREY H. JOHNSON, #40879
STAMMER, McKNIGHT, BARNUM & BAILEY LLP
2540 West Shaw Lane, Suite 110
Fresno, CA 93711-2765
Telephone: (559) 449-0571
Facsimile: (559) 432-2619

Attorneys for Defendant
JULIE BRESEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Kaweah Delta Hospital, Kaweah Delta Health Care District, Julie Breseman individually and as a social worker with Kaweah Delta and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | No.　　1:08-cv-00118-AWI-DLB<br><br>STIPULATION AND ORDER MODIFYING DISCOVERY DEADLINES |

sf-2670003

STIPULATION AND ORDER MODIFYING DISCOVERY DEADLINES

Parties hereby stipulate to a modification of discovery deadlines as follows so as to allow Plaintiff reasonable time to substitute new counsel.

1. Parties stipulate that the deadline for Plaintiff to take the depositions of Kaweah Delta and its employees whose depositions Plaintiff previously had noticed but took off calendar shall be May 13, 2009. They also stipulate that the date for Kaweah Delta to respond to Plaintiff's First Set of Requests for Admission and Second Set of Interrogatories, and for Ms. Breseman to respond to Plaintiff's First Set of Interrogatories, be extended to and including May 13, 2009.

2. Parties also stipulate that the discovery deadlines relating to experts shall be extended as follows:

**Disclosure of Experts**: June 15, 2009

**Disclosure of Supplemental Experts**: July 1, 2009

**Expert Discovery Cut-off**: July 15, 2009

3. Parties further stipulate that Defendants will not be prejudiced in filing a motion to compel Plaintiff's deposition due to the modifications above.

Respectfully submitted,

Dated: April 9, 2009
ARTURO J. GONZÁLEZ
MINN CHUNG
MATHEW DOS SANTOS
MORRISON & FOERSTER LLP

By: /s/ Minn Chung
    Minn Chung

Attorneys for Plaintiff
JOHN DOE
sf-2670003    1
STIPULATION AND ORDER MODIFYING DISCOVERY DEADLINES

| | | |
|---|---|---|
| Dated: April 9, 2009 | | JEFFERY S. NELSON<br>NELSON & ROZIER |

By: __/s/ Jeffery S. Nelson_____
   Jeffery S. Nelson

Attorneys for Defendant
KAWEAH DELTA HEALTHCARE DISTRICT
(of which KAWEAH DELTA DISTRICT
HOSPITAL is a division)

Dated: April 9, 2009                    CAREY H. JOHNSON
                                        STAMMER, MCKNIGHT, BARNUM &
                                        BAILEY LLP

By: __/s/ Carey H. Johnson_____
   Carey H. Johnson

Attorneys for Defendant
JULIE BRESEMAN

**IT IS SO ORDERED.**

Dated: April 13, 2009                   __/s/ *Dennis L. Beck*_____
                                        Honorable Dennis L. Beck