| | |
|---|---|
| 1 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | MINN CHUNG (CA SBN 236261) |
| 2 | MATHEW DOS SANTOS (CA SBN 245423) |
|   | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
|   | San Francisco, California 94105 |
| 4 | Telephone: 415.268.7000 |
|   | Facsimile: 415.268.7522 |

Attorneys for Plaintiff
JOHN DOE

JEFFERY S. NELSON, #66970
NELSON & ROZIER
ATTORNEYS AT LAW
3924 W. Caldwell, Suite A
Visalia, CA 93277-9249
Telephone: (559) 713-0159
Facsimile: (559) 713-0166

Attorneys for Defendant
KAWEAH DELTA HEALTHCARE DISTRICT
(of which KAWEAH DELTA DISTRICT
HOSPITAL is a division)

CAREY H. JOHNSON, #40879
STAMMER, MCKNIGHT, BARNUM & BAILEY LLP
2540 West Shaw Lane, Suite 110
Fresno, CA 93711-2765
Telephone: (559) 449-0571
Facsimile: (559) 432-2619

Attorneys for Defendant
JULIE BRESEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe,<br><br>            Plaintiff,<br><br>   v.<br><br>Kaweah Delta Hospital, Kaweah Delta Health Care District, Julie Breseman individually and as a social worker with Kaweah Delta and DOES 1 through 20, inclusive,<br><br>            Defendants. | No.      1:08-cv-00118-AWI-DLB<br><br>**STIPULATION AND APPLICATION FOR AN ORDER SHORTENING TIME**<br><br>Hearing Date: To be set<br>Time: To be set<br>Courtroom: Courtroom 9<br>Honorable Dennis L. Beck |

1  As set forth in the accompanying Affidavit of Minn Chung, the Parties stipulate and jointly
2  request that the Court issue an Order Shortening Time for the hearing of Morrison & Foerster LLP's
3  Motion to Withdraw As Counsel of Record for Plaintiff, attached herewith.  Parties also stipulate and
4  jointly request that the hearing be set for Friday, May 8, 2009, or as soon thereafter as is convenient
5  for the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 4, 2009

ARTURO J. GONZÁLEZ
MINN CHUNG
MATHEW DOS SANTOS
MORRISON & FOERSTER LLP

By: /s/   Minn Chung
       Minn Chung

Attorneys for Plaintiff
JOHN DOE

Dated: May 4, 2009

JEFFERY S. NELSON
NELSON & ROZIER

By:   /s/   Jeffery S. Nelson
         Jeffery S. Nelson

Attorneys for Defendant
KAWEAH DELTA HEALTHCARE DISTRICT
(of which KAWEAH DELTA DISTRICT
HOSPITAL is a division)

Dated: May 4, 2009

CAREY H. JOHNSON
STAMMER, MCKNIGHT, BARNUM &
BAILEY LLP

By:   /s/   Carey H. Johnson
         Carey H. Johnson

Attorneys for Defendant
JULIE BRESEMAN

**GENERAL ORDER 45 ATTESTATION**

I, MINN CHUNG, am the ECF User whose ID and password are being used to file this Stipulation and Application for an Order Shortening Time. I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.

Dated:  May 4, 2009

By:  <u>   /s/   Minn Chung                          </u>
         Minn Chung