# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | 1:08cv0118 AWI DLB |
| Plaintiff, | ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME<br>(Document 32) |
| v. | |
| KAWEAH DELTA HOSPITAL, et al., | |
| Defendants. | |

On May 4, 2009, the parties filed a Stipulation and Application for an Order Shortening Time for the hearing of Morrison & Foerster LLP's Motion to Withdraw as Counsel of Record for Plaintiff. The parties stipulate and jointly request that a hearing on the motion be set for Friday, May 8, 2009. A copy of the motion was attached to the stipulation and application.

Pursuant to the parties' stipulation, the Application for an Order Shortening Time is GRANTED. Morrison & Foerster LLP's Motion to Withdraw will be heard at 9:00 a.m. on May 8, 2009, in Courtroom 9. It is FURTHER ORDERED that the Motion to Withdraw as Counsel of Record for Plaintiff be re-filed immediately.

IT IS SO ORDERED.

Dated: **May 5, 2009**          **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

1