# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAWEAH DELTA HOSPITAL, KAWEAH DELTA HEALTH CARE DISTRICT, JULIE BRESEMAN INDIVIDUALLY AND AS A SOCIAL WORKER WITH KAWEAH DELTA AND DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CIV-F-08-0118 AWI SKO<br><br>ORDER VACATING OCTOBER 12, 2010 TRIAL DATE |

　　Defendants in this case have filed two motions for summary judgment. The hearings on these motions have been continued to allow Plaintiff to obtain new legal counsel. A status conference to resolve Plaintiff's representation has been set for September 13, 2010 at 1:30 PM. Trial is currently set for October 12, 2010. Given the number of issues that must be resolved, this case will not be ready for trial by that time. Therefore, the trial date of October 12, 2010 is vacated.

IT IS SO ORDERED.

Dated: 　July 26, 2010　　　　　　　　　　　　　　　　／s／ signature
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1