UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DOE, | ) | CIV-F-08-0118 AWI SKO |
| Plaintiff, | ) | |
| v. | ) | ORDER VACATING HEARING DATE OF DECEMBER 6, 2010 AND TAKING MATTER UNDER SUBMISSION |
| KAWEAH DELTA HOSPITAL, KAWEAH DELTA HEALTH CARE DISTRICT, JULIE BRESEMAN INDIVIDUALLY AND AS A SOCIAL WORKER WITH KAWEAH DELTA AND DOES 1 through 20, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

    Defendants Kaweah Delta Healthcare District and Julie Breseman have filed motions for summary judgment. Docs. 61 and 63.  The matter was continued for a number of months to allow Plaintiff John Doe to seek legal counsel.  The search was ultimately unsuccessful and Plaintiff is proceeding pro se.  Plaintiff has filed oppositions to the motions. Docs. 69 and 84.  Plaintiff also seeks additional discovery and sanctions against Jeffery Nelson, one of the defense attorneys. Docs. 82.  Defendants have filed replies. Docs. 85, 86, and 87.  The court has reviewed the papers filed and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 6, 2010, is VACATED, and no party shall appear at that time.  As of that date, the court will take

the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     November 30, 2010                                     ／s／
                                               CHIEF UNITED STATES DISTRICT JUDGE