# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>KAWEAH DELTA HOSPITAL; KAWEAH DELTA HEALTH CARE DISTRICT; JULIE BRESEMAN INDIVIDUALLY AND AS A SOCIAL WORKER WITH KAWEAH DELTA AND DOES 1 through 20 inclusive,<br><br>　　　　Defendants | CASE NO. 1:08-CV-0118 AWI GSA<br><br>ORDER REQUESTING ADDITIONAL BRIEFING |

This court granted summary judgment in favor of Defendants Kaweah Delta and Julie Breseman. On appeal, the court's ruling in favor of Breseman was affirmed but the ruling in favor of Kaweah Delta was reversed. In remanding to district court, the Ninth Circuit specifically asked for consideration of equitable tolling. This is a theory that was not fully fleshed out in the underlying briefing on the summary judgment motion. Thus, the parties are ordered to provide additional briefing on the subject. Additionally, the parties must provide detail concerning California Tort Claim Act claims. Specifically, the court seeks documentary evidence as to when these claim(s) and denial(s) were sent and received. The parties must file the requested briefing by August 21, 2013.

IT IS SO ORDERED.

Dated:  July 29, 2013                            _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE