UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN DOE, | CASE NO. 1:08-CV-0118 AWI GSA |
|---|---|
| Plaintiff | ORDER REQUESTING ADDITIONAL BRIEFING |
| v. | |
| KAWEAH DELTA HOSPITAL; KAWEAH DELTA HEALTH CARE DISTRICT; JULIE BRESEMAN INDIVIDUALLY AND AS A SOCIAL WORKER WITH KAWEAH DELTA AND DOES 1 through 20 inclusive, | |
| Defendants | |

This court granted summary judgment in favor of Defendants Kaweah Delta and Julie Breseman. On appeal, the court's ruling in favor of Breseman was affirmed but the ruling in favor of Kaweah Delta was reversed. In remanding to district court, the Ninth Circuit specifically asked for consideration of equitable tolling. This is a theory that was not fully fleshed out in the underlying briefing on the summary judgment motion. The parties were ordered to provide additional briefing on the subject. Specifically, the court seeks documentary evidence as to when California Tort Claim Act claim(s) and denial(s) were sent and received. Plaintiff has requested additional time. Plaintiff is ordered to file the requested briefing by May 10, 2014.

IT IS SO ORDERED.

Dated:   April 4, 2014

SENIOR DISTRICT JUDGE